# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD BETTS, | Case No.: 2:19-cv-01769-APG-BNW |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| STATE OF NEVADA, et al., | [ECF No. 8] |
| Defendants | |

On December 2, 2019, Magistrate Judge Weksler recommended that I dismiss this case because plaintiff Donald Betts has not complied with court orders and has not updated his address. ECF No. 8. Betts did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)). Also, Judge Weksler's report and recommendation was returned in the mail.

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 8) is accepted and plaintiff Donald Betts' complaint (ECF No. 1-1) is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 18th day of December, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE